CRAIG E. NEEDHAM – CA Bar No. 52010
cneedham@nkf-law.com
ANNE J. KEPNER- CA Bar No. 181078
akepner@nkf-law.com
NEEDHAM, KEPNER & FISH LLP
1960 The Alameda, Suite 210
San Jose, CA  95126
Telephone: 408-244-2166
Facsimile:  408-244-7815


ALEXANDER F. STUART - CA Bar No. 96141
afs@wsblaw.net
ELLYN E. NESBIT – CA Bar No. 136398
een@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando Street, Suite 400
San Jose, CA 95113
Telephone: 408-289-1972
Facsimile:  408-295-6375


Attorneys for Defendants, BAHRAM SAGHARI and TABAN KARIMIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- OAKLAND BRANCH

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BAHRAM SAGHARI, an individual, TABAN KARIMIAN, an individual, JUAN ANTONIO RODRIGUEZ-GALLEGOS, an individual, JOE P. BETTENCOURT, an individual, STRAIGHT LINE GENERAL CONSTRUCTION, INC., a California corporation, and TOWN OF LOS GATOS, a California Government entity.<br><br>Defendants | CASE NO.: 4:12-CV-05844 CW<br><br>**NOTICE OF SETTLEMENT; NOTICE OF WITHDRAWAL OF MOTION TO DISMISS; AND STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND F.R.C.P. 26(f) REPORT** |

2180.12043S

---
NOTICE OF SETTLEMENT; NOTICE OF WITHDRAWAL OF MOTION TO DISMISS;
STIPULATION RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND F.R.C.P. 26(F) REPORT

The parties hereby notify the Court that they have reached a settlement after mediation of this matter. The settlement is conditioned upon approval as a good faith settlement under California Code of Civil Procedure §877.6 by the court in the Underlying Action, Santa Clara County Superior Court Case No. 1-11-CV-213645.

Defendants Bahram Saghari and Taban Karimian, hereby notify the Court that they withdraw their Motion to Dismiss, without prejudice, set for hearing on March 7, 2013.

It is hereby stipulated between the parties through their respective counsel that a joint request is hereby made to the Court for 90-day continuance of the Case Management Conference currently scheduled for February 20, 2013.

The parties further request a continuance of the due date for the F.R.C.P. 26(f) Report from February 13, 2013, until 7 days prior to any newly assigned Case Management Conference. The parties have already conducted the required meet and confer.

DATED: February 4, 2013

WILLOUGHBY, STUART & BENING

By: /s/ Alexander F. Stuart

ALEXANDER F. STUART, ESQ.
Attorneys for Defendants,
BAHRAM SAGHARI and
TABAN KARIMIAN

DATED: February 4, 2013

ZINDER & KOCH

By: /s/ Jeffrey E. Zinder

JEFFREY E. ZINDER, ESQ
Attorneys for Plaintiff,
FINANCIAL INDEMNITY COMPANY

-1-
NOTICE OF SETTLEMENT; NOTICE OF WITHDRAWAL OF MOTION TO DISMISS;
STIPULATION RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND F.R.C.P. 26(F) REPORT

DATED: February 4, 2013

ADLESON, HESS & KELLY, APC

By: /s/ Randy M. Hess
RANDY M HESS, ESQ
Attorneys for Defendants,
JOE P. BETTENCOURT AND STRAIGHT LINE GENERAL CONSTRUCTION, INC.

DATED: February 4, 2013

HOWARD ROME MARTIN & RIDLEY

By: /s/ Joseph C. Howard
JOSEPH C. HOWARD, ESQ
Attorneys for Defendant,
TOWN OF LOS GATOS

## ORDER

The case management conference previously set for February 20, 2013 is hereby continued until May 22, 2013. The parties' Rule 26(f) report is due May 15, 2013.

IT IS SO ORDERED.

DATED:  2/5/2013

**HONORABLE CLAUDIA WILKEN**
United States District Judge