\\zkpdc\data\clients\FIC COVERAGE\12-11111.01\12-11111.01STIPULATIONOOI.doc

ZINDER & KOCH  (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)
A Professional Law Corporation
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
(818) 760-0100
Facsimile (818) 760-0103

Jeffrey E. Zinder, Esq.- SBN 089980
E-Mail: JEZinder@ZinderKoch.com

Attorneys for Plaintiff,
FINANCIAL INDEMNITY COMPANY

UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE BRANCH

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BAHRAM SAGHARI, an individual, TABAN KARIMIAN, an individual, JUAN ANTONIO RODRIGUEZ-GALLEGOS, an individual, JOE P. BETTENCOURT, an individual, STRAIGHT LINE GENERAL CONSTRUCTION, INC., a California corporation, and TOWN OF LOS GATOS, a California Government entity.<br><br>　　　　　Defendants. | Case No.: CV12-05844 CW *(ADR)*<br>Assigned to Honorable Claudia Wilken<br><br>STIPULATION TO BE BOUND BY ANY FINAL RESOLUTION RENDERED BY THE COURT IN THIS MATTER |

IT IS HEREBY STIPULATED BETWEEN THE PLAINTIFF AND DEFENDANT TOWN OF LOS GATOS AS FOLLOWS:

-1-

STIPULATION AND ORDER

1. That the Defendant TOWN OF LOS GATOS was properly served in this matter and has reviewed the Complaint.

2. That the Defendant TOWN OF LOS GATOS desires to avoid the fees and costs of participating in the matter.

3. That the instant matter involves a determination of insurance coverage on a policy issued by the Plaintiff to Defendants JOE P. BETTENCOURT, an individual, and STRAIGHT LINE GENERAL CONSTRUCTION, INC., a California corporation, and that Defendant TOWN OF LOS GATOS is not a named or additional insured tmder said insurance policy.

4. That the Defendant TOWN OF LOS GATOS agrees to be bound by any detemlination made by the Court that resolves this matter as between the other party Defendants and the Plaintiff.



5. That Plaintiff agrees not to pursue any default as against Defendant TOWN OF LOS GATOS and upon approval of this Stipulation by the Court to dismiss without prejudice Defendant TOWN OF LOS GATOS from this matter.

6. That Defendant TOWN OF LOS GATOS in exchange for the ability to not appear and fom1ally defend its position in this action to, and does hereby, waive any and all post judgment rights that it might otherwise have in the event that the Plaintiff is not the prevailing party at the conclusion of this case.

7. That should this Stipulation not be accepted and signed by the Court that the Defendant TOWN OF LOS GATOS will enter a general appearance.

8. That for all purposes this Stipulation shall be interpreted as if mutually drafted and may be signed by Counsel in separate Counter-parts.

*IIIII*

*IIIII*

01/04/2013   13:47   LAH OFFICES OF ZINDER & KOCH          (FAX)81B 760 0103          P.OOS/005

\\zkpdc\data\clients\FJC COVBRAG \12-11111 .01\12-11111.OISTIPULATIONOOl.doc

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
2
3  DATED: Januaryt/, 2013
4
5  _____
6  ZINDER & KOCH by   ZINDER, ESQ.
7  Attorneys for Plaintiff FINANCIAL INDEMNITY COMPANY
8
9  DATED: January t0, 2013
10
11 _____
12 HOWARD ROME MARTIN & RIDLEY
13         , Jr., ESQ. Attorneys
14 for Defendallt TOWN OF LOS GATOS
15
16 PURSUANT TO STIPULATION, IT IS SO ORDERED.
17 DATED: 2/6/2013
18
19 _____
20 HONORABLE Claudia Wilken
21 United States District Judge
22
23
24
25
26
27
28

## PROOF OF SERVICE BY MAIL

(Pursuant to C.C.P. Section 1013a)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a paey to the within action; my business address is 700 North Brand Blvd., Ste. 400, Glendale, CA 91203-4276.

On January /f/ , 2013, I served the foregoing document described as STIPULATION TO BE BOUND BY ANY FINAL RESOLUTION RENDERED BY THE COURT IN TillS MATTER on all interested parties in this action

  X   By placing [] the original [X] a true copy thereof enclosed in sealed envelopes aaaTessecf as foliows:

| | |
|---|---|
| Joseph C. Howard, Jr.<br>Howard, Rome, Martin & Ridle_y, LLP<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061<br>(650) 365-7715<br>Fax (650) 364-5297 | Attorney for Defendant,<br>Town of Los Gatos |
| Randy M. Hess, Esq.<br>Adleson, Hess & Kelly, APC<br>577 Salmar Avenue, Second Floor<br>Campbell, CA 95008<br>(408) 341-0234<br>Fax (408) 341-0250 | Attorney for Defendant,<br>Joe P. Bettencourt and<br>Straight Line General Construction, Inc. |

_X_ ByMail

  X  As follows: I am "readily familiar" with the firm's practice of collection and processmg correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served.; service is presumed invalid if postal cancellation date or postage meter date 1s more tnan one day after the date of deposit for mailing affidavit.

Executed on January /Y, 2013, at Glendale, California.

[ X. ] (S.tate)  I declare. under the penalty of perjury under the laws of the State of Cahforma that the above 1s true and correct.

[  ] (Federal)  I declare that I am employed in the office of a men1ber of the bar of this court at whose direction the service was made.

MARIA E. FLORES           -_,£.Lf_____ ,f-f------
Type or Print Name                 >        fgnature