C:\Users\mflores\AppData\Local\Microsoft\Windows\Temporary Internet Files\OLK85\12-11111 01STIPULATION003.doc

**ZINDER & KOCH**
A Professional Law Corporation
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
(818) 760-0100
Facsimile (818) 760-0103

Jeffrey E. Zinder, Esq. – SBN 089980
E-Mail: JEZinder@ZinderKoch.com

Attorneys for Plaintiff,
FINANCIAL INDEMNITY COMPANY

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND BRANCH

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BAHRAM SAGHARI, an individual, TABAN KARIMIAN, an individual, JUAN ANTONIO RODRIGUEZ-GALLEGOS, an individual, JOE P. BETTENCOURT, an individual, STRAIGHT LINE GENERAL CONSTRUCTION, INC., a California corporation, and TOWN OF LOS GATOS, a California Government entity.<br><br>Defendants. | Case No.: 4:12-CV-05844-CW<br>Assigned to Honorable Claudia Wilken<br><br>**STIPULATION AND REQUEST FOR DISMISSAL PURSUANT TO *FEDERAL RULES OF CIVIL PROCEDURE* §41(a)** |

-1-

STIPULATION AND ORDER

\\zkpdc\data\clients\FIC COVERAGE\12-11111.01\12-11111.01STIPULATION003.doc

1. IT IS HEREBY STIPULATED BETWEEN THE PLAINTIFF AND DEFENDANTS AS FOLLOWS:

It is hereby stipulated between the parties through their respective attorneys of record that due to the full and final settlement reached on this matter that the entire action shall be dismissed as to all parties and all causes of action with prejudice. Said dismissal shall not be deemed as an adjudication on the merits. It is further stipulated that each party is to bear their own costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 21, 2013

_____
ZINDER & KOCH by JEFFERY E. ZINDER, ESQ.
Attorneys for Plaintiff, FINANCIAL INDEMNITY COMPANY

DATED: March   , 2013

_____
WILLOUGHBY, STUART & BENING, INC. by ALEXANDER F. STUART, ESQ.
Attorneys for Defendants, Bahram Saghari and Taban Karimian

DATED: March   , 2013

_____
ADLESON, HESS & KELLY, APC by RANDY M. HESS, ESQ.
Attorneys for Defendants, Joe P. Bettencourt and Straight Line General Construction, Inc.

-2-

STIPULATION AND ORDER

C:\Users\mflores\AppData\Local\Microsoft\Windows\Temporary Internet Files\OLK85\12-11111 01STIPULATION003.doc

IT IS HEREBY STIPULATED BETWEEN THE PLAINTIFF AND DEFENDANTS AS FOLLOWS:

It is hereby stipulated between the parties through their respective attorneys of record that due to the full and final settlement reached on this matter that the entire action shall be dismissed as to all parties and all causes of action with prejudice. Said dismissal shall not be deemed as an adjudication on the merits. It is further stipulated that each party is to bear their own costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March   , 2013

_____
**ZINDER & KOCH** by JEFFREY E. ZINDER, ESQ.
Attorneys for Plaintiff, FINANCIAL INDEMNITY COMPANY

DATED: ~~March~~ April 12, 2013

*[signature]*

_____
**WILLOUGHBY, STUART & BENING, INC.** by ALEXANDER F. STUART, ESQ.
Attorneys for Defendants, Bahram Saghari and Taban Karimian

DATED: March   , 2013

_____
**ADLESON, HESS & KELLY, APC** by RANDY M. HESS, ESQ.
Attorneys for Defendants, Joe P. Bettencourt and Straight Line General Construction, Inc.

ZINDER & KOCH
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
(818) 760-0100

-2-

STIPULATION AND ORDER

C:\Users\mflores\AppData\Local\Microsoft\Windows\Temporary Internet Files\OLK85\12-11111 01STIPULATION003.doc

DATED: ~~March~~ April 17, 2013

_____
HOWARD ROME MARTIN & RIDLEY by JOSEPH C. HOWARD, Jr., ESQ.
Attorneys for Defendant, TOWN OF LOS GATOS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/23/2013

_____
HONORABLE CLAUDIA WILKEN
United States District/Magistrate Judge

ZINDER & KOCH
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
(818) 760-0100

-3-

STIPULATION AND ORDER