1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ZINDER & KOCH**
A Professional Law Corporation
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
(818) 760-0100
Facsimile (818) 760-0103

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

Jeffrey E. Zinder, Esq. – SBN 089980
E-Mail: JEZinder@ZinderKoch.com

Attorneys for Plaintiff,
FINANCIAL INDEMNITY COMPANY

# UNITED STATES DISTRICT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND BRANCH

FINANCIAL INDEMNITY
COMPANY,

        Plaintiff,

    vs.

BAHRAM SAGHARI, an individual,
TABAN KARIMIAN, an individual,
JUAN ANTONIO RODRIGUEZ-
GALLEGOS, an individual, JOE P.
BETTENCOURT, an individual,
STRAIGHT LINE GENERAL
CONSTRUCTION, INC., a California
corporation, and TOWN OF LOS
GATOS, a California Government entity.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 4:12-CV-05844-CW
Assigned to Honorable Claudia Wilken

**STIPULATION AND REQUEST FOR DISMISSAL PURSUANT TO** *FEDERAL RULES OF CIVIL PROCEDURE* §41(a)

ZINDER & KOCH
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
(818) 760-0100

-1-

STIPULATION AND ORDER

\\zkpdc\data\clients\FIC COVERAGE\12-11111.01\12-11111.01STIPULATION003.doc

1    IT IS HEREBY STIPULATED BETWEEN THE PLAINTIFF AND

2  DEFENDANTS AS FOLLOWS:

3    It is hereby stipulated between the parties through their respective attorneys of

4  record that due to the full and final settlement reached on this matter that the entire

5  action shall be dismissed as to all parties and all causes of action with prejudice. Said

6  dismissal shall not be deemed as an adjudication on the merits. It is further stipulated

7  that each party is to bear their own costs.

8

9

10   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

11

12  DATED: March 31, 2013

13

14  ZINDER & KOCH by JEFFREY E. ZINDER, ESQ.

15  Attorneys for Plaintiff, FINANCIAL INDEMNITY COMPANY

16

17  DATED: March   , 2013

18

19

20  **WILLOUGHBY, STUART & BENING, INC.** by ALEXANDER F. STUART,

21  ESQ.

22  Attorneys for Defendants, Bahram Saghari and Taban Karimian

23

24  DATED: March   , 2013

25

26

27  **ADLESON, HESS & KELLY, APC** by RANDY M. HESS, ESQ.

28  Attorneys for Defendants, Joe P. Bettencourt and Straight Line General Construction, Inc.

ZINDER & KOCH
700 N. Brand Blvd., Suite 400
Glendale, CA. 91203
(818) 760-0100

-2-

STIPULATION AND ORDER

1      IT IS HEREBY STIPULATED BETWEEN THE PLAINTIFF AND

2  DEFENDANTS AS FOLLOWS:

3      It is hereby stipulated between the parties through their respective attorneys of

4  record that due to the full and final settlement reached on this matter that the entire

5  action shall be dismissed as to all parties and all causes of action with prejudice. Said

6  dismissal shall not be deemed as an adjudication on the merits. It is further stipulated

7  that each party is to bear their own costs.

8

9

10  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

11

12  DATED: March  , 2013

13

14  **ZINDER & KOCH** by JEFFREY E. ZINDER, ESQ.

15  Attorneys for Plaintiff, FINANCIAL INDEMNITY COMPANY

16

17  DATED: ~~March~~ April 12 , 2013

18

19

20  **WILLOUGHBY, STUART & BENING, INC.** by ALEXANDER F. STUART,

21  ESQ.

22  Attorneys for Defendants, Bahram Saghari and Taban Karimian

23

24  DATED: March  , 2013

25

26

27  **ADLESON, HESS & KELLY, APC** by RANDY M. HESS, ESQ.

28  Attorneys for Defendants, Joe P. Bettencourt and Straight Line General Construction, Inc.

ZINDER & KOCH
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
(818) 760-0100

-2-

DATED: ~~March~~ April 17, 2013

HOWARD ROME MARTIN & RIDLEY by JOSEPH C. HOWARD, Jr., ESQ.
Attorneys for Defendant, TOWN OF LOS GATOS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____4/23/2013_____

HONORABLE CLAUDIA WILKEN
United States District/Magistrate Judge

ZINDER & KOCH
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
(818) 760-0100

-3-

STIPULATION AND ORDER